UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| D.S.,<br><br>             Petitioner,<br><br>        v.<br><br>JULIO HERNANDEZ et al.,<br><br>             Respondents. | CASE NO. 2:26-cv-01328-JNW<br><br>ORDER |

Petitioner D.S. has moved for a temporary restraining order. Dkt. No. 6. D.S. is currently detained at the Northwest ICE Processing Center in Tacoma, Washington. Dkt. No. 1. On April 21, 2026, the Government filed a Notice of Intent of Removal indicating that it intends to remove D.S. to Laos in no less than 48 hours, Dkt. No. 4—before the Court can rule on D.S.'s pending habeas petition, *see* Dkt. No.1.

Under these circumstances, the imminent removal threatens to moot D.S.'s pending habeas petition before the Court can act. The Court therefore invokes its authority to grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the

ORDER - 1

power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court orders as follows:

1.  Petitioner's motion for a temporary restraining order, Dkt. No. 6 is GRANTED IN PART for the purpose of maintaining the status quo so that the Court may review the merits of the TRO motion after full briefing. The Court reserves ruling on all other aspects of the motion.

2.  Respondents are PROHIBITED from removing Petitioner to any country or from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release

3.  Respondents may file a response, if any, to Petitioner's TRO motion by 5:00 p.m. (PT) on April 24, 2026. No reply is permitted.

Dated this 22nd day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2